# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-41267
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 16, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE RUBEN MEDINA, also known as Jose Rios Medina, also known as Jose
Medina,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:14-CR-244-1

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Jose Ruben Medina raises an
argument that he concedes is foreclosed by *United States v. Morales-Mota*, 704
F.3d 410, 412 (5th Cir. 2013), which rejected the argument that the Texas
offense of "burglary of a habitation" is broader than the generic, contemporary
definition of "burglary of a dwelling" under U.S.S.G. § 2L1.2(b)(1)(A)(ii)

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 14-41267

because it defines the "owner" of a habitation as a person with a "greater right to possession of the property than the actor." Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.